FRANK L. HENRICI and ISABELLE HENRICI, Appellants, v. WILLIAM HEESELER, Individually and as Executor, etc., of WILHELMINE HEESELER, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Stapleton, Mills, Rich, Putnam and Blackmar, JJ., concurred.

NATHAN HOCHMAN, Appellant, v. HENRY W. SIEGEL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Proceedings of CYRUS M. CRUM, as Sole Surviving Executor, etc., of JOHN W. SCHULER, Deceased, etc.— On February 7, 1917, the Surrogate's Court of Rockland county entered a decree in which it was determined that the testator, John W. Schuler, died intestate, as to certain residuary personal property which the will had directed to be "paid by my executors to the Wildenthierbach Oberant Gerabron Koenigrich Wurtemberg, the interest arising from the same to be used for the benefit of the poor of said place." The named legatee, Wildenthierbach, has appealed to this court. It has not clearly appeared whether such appellant is the larger municipality (Gemeinde) of Wildenthierbach, or a smaller village within that geographical subdivision. In either case, appellant seems to be a governmental part or political branch of the Kingdom of Wurtemberg, a constituent State of the German Empire, with which this country is now at war. Although the respondents have not raised any point that war suspends a hearing of such appeal, this fundamental change of appellant's status cannot be waived. The hearing of this appeal will, therefore, be suspended. (*Levine* v. *Taylor*, 12 Mass. 8; *Bell* v. *Chapman*, 10 Johns. 183.) It may be brought on after peace shall have been restored between the United States and the Empire of Germany. Thomas, Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of PERCY D. ELLIOTT and Others, as Testamentary Trustees, etc., of JOHN G. ELLIOTT, Deceased, Respondents. ALINE DICKERSON ELLIOTT, Appellant.— Decree of the Surrogate's Court of Orange county affirmed, with costs to all parties who have appeared, payable out of the estate. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.